AO245B Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED
IN LAKE CHARLES, LA

AUG 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
RANDALL KEITH LANGLEY
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 2:06-CR-20028-001

USM Number: 30788-086

Wayne J. Blanchard
Defendant's Attorney

## THE DEFENDANT:

[✓] admitted guilt to violation of condition(s) 1, 2, and 3 of the term of supervision imposed in the *Western District of Washington at Tacoma.*
[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

**Violation Number**     **Nature of Violation**     **Violation Ended**

See next page.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | August 10, 2006 — Date of Imposition of Sentence |
| Defendant's Date of Birth: 00/00/1968 | Signature of Judicial Officer |
| Defendant's USM No.: 30788-086 | PATRICIA MINALDI, United States District Judge |
| Defendant's Residence Address: | Name & Title of Judicial Officer |
| Defendant's Mailing Address: | Date 8/11/06 |

COPY SENT:
DATE: 8-11-06
BY:
TO: USM-LC-3
USP-LC-3

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failed to refrain from cocaine use. | 07/10/2006 |
| 2. | Escaped from the community correctional center for a period of time and has failed to comply with the rules and regulations of the community correctional center. | 07/10/2006 |
| 3. | Failed to comply with substance abuse treatment and urinalysis testing as directed | 07/10/2006 |

DEFENDANT:      RANDALL KEITH LANGLEY
CASE NUMBER:    2:06-CR-20028-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>6 months</u>.

The defendant is to be given credit for time served while incarcerated.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

___

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL